[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-13367
Non-Argument Calendar
_____

D.C. Docket No. 5:07-cr-00015-LJA-CHW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDDIE MAE CLEMONS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(February 23, 2017)

Before MARCUS, MARTIN and FAY, Circuit Judges.

PER CURIAM:

John Philip Fox, appointed counsel for Eddie Clemons, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Clemons's revocation and sentence are **AFFIRMED**.